Submitted November 9, 1970. *William K. Eckel,* Public Defender, for appellant; *Marvin L. Wilenzik,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bennett, Appellant.

Argued November 9, 1970. *David L. Robinson,* with him *Robinson, Fisher and Long,* for appellant; *Leonard A. Redlich,* Assistant District Attorney, with him *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bennett, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bey, Appellant.